# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1412**
**CA 11-01365**
PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND GORSKI, JJ.

---

PAUL DE LIMA COMPANY, INC., PLAINTIFF-RESPONDENT,

V                                                    ORDER

ARAMATIC REFRESHMENT SERVICES, INC., ET AL.,
DEFENDANTS,
AND AMERICAN FOOD & VENDING CORPORATION,
DEFENDANT-APPELLANT.

---

DEFRANCISCO & FALGIATANO LAW FIRM, SYRACUSE (JOHN A. DEFRANCISCO OF COUNSEL), FOR DEFENDANT-APPELLANT.

COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (NICOLE MARLOW-JONES OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered June 13, 2011. The order, among other things, denied that part of the motion of defendant American Food & Vending Corporation seeking to dismiss the complaint against it or for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 13, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  December 23, 2011                          Frances E. Cafarell
                                                     Clerk of the Court